Certificate Number: 01267-ILN-DE-003516692

Bankruptcy Case Number: 08-00089

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 6, 2008 ____, at 1:24 ____ o'clock PM CST ____.

Andrew Makay ____ completed a course on personal financial

management given by internet and telephone ____ by

Money Management International, Inc. ____

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois ____.


Date: March 6, 2008 ____    By    /s/Casey Ryba ____

Name    Casey Ryba ____

Title    Counselor ____